# United States Court of Appeals
## FOR THE DISTRICT OF COLUMBIA CIRCUIT

No. 19-7098

September Term, 2021

FILED: JUNE 23, 2022

MARY E. CHAMBERS,
APPELLANT

v.

DISTRICT OF COLUMBIA,
APPELLEE

Appeal from the United States District Court
for the District of Columbia
(No. 1:14-cv-02032)

On Remand from the En Banc Court

Before: TATEL*, *Circuit Judge*, and GINSBURG, *Senior Circuit Judge*.

## J U D G M E N T

This matter came to be heard on remand following rehearing en banc by the court. In accordance with opinion of the court in *Chambers v. District of Columbia*, No. 19-7098 (D.C. Jun 3, 2022) (en banc), overruling *Brown v. Brody*, 199 F. 3d 446 (D.C. Cir. 1999), it is

**ORDERED and ADJUDGED** that the District Court's grant of summary judgment in favor of the District of Columbia on the retaliation claim be affirmed, for the reasons stated in the panel's opinion issued February 19, 2021. It is

**FURTHER ORDERED and ADJUDGED** that the District Court's grant of summary judgment in favor of the District of Columbia on the discrimination claim be reversed and the case be remanded to the District Court for further proceedings consistent with the court's June 3, 2022 en banc opinion in *Chambers*.

The Clerk is directed to issue the mandate forthwith.

**FOR THE COURT:**
Mark J. Langer, Clerk

BY: /s/
Daniel J. Reidy
Deputy Clerk

* Judge Tatel assumed senior status after this case first came before this panel and before the date of this judgment.